UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARVIN ODUMS,
           Plaintiff,

– against –

[ACTING JUSTICE] BERNADETTE BAYNE; DRUCKMAN LAW GROUP, PLLC; ATTORNEYS FOR WACHOVIA MORTGAGE/WORLD SAVINGS BANK; WACHOVIA MORTGAGE; AGENT VP ALLISON DEGERLAMI,

           Defendants.

ORDER

10-CV-3450

**JACK B. WEINSTEIN, Senior United States District Judge:**

For the reasons stated by the court orally on the record, summary judgment is granted to all defendants. The court relies on the oral arguments of July 28, 2011, *see* transcript of that date, and all filed papers submitted by the parties.

The Clerk of the Court is directed to enter judgment in favor of all defendants and to close the case.

Costs and disbursements are awarded against plaintiff to Druckman Law Group, PLLC, Wachovia Mortgage, and Allison Degerlami. The case was brought for delay and to harass defendants.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: July 28, 2011
      Brooklyn, New York